Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 13–33198–DHS
Chapter: 7
Judge: Donald H. Steckroth

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Robert H Ruthman | Barbara A Ruthman |
| 25 River Road | 25 River Road |
| Unit A 28 | Unit A 28 |
| Nutley, NJ 07110 | Nutley, NJ 07110 |

Social Security No.:
  xxx–xx–0201                                         xxx–xx–4835

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Benjamin A. Stanziale Jr. is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>January 24, 2014</u>             <u>Donald H. Steckroth</u>
                                           Judge, United States Bankruptcy Court