B18 (Official Form 18) (12/07)

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 13−33198−DHS
Chapter: 7
Judge: Donald H. Steckroth

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

    Robert H Ruthman                                                 Barbara A Ruthman
    25 River Road                                                         25 River Road
    Unit A 28                                                                 Unit A 28
    Nutley, NJ 07110                                               Nutley, NJ 07110

Social Security No.:
   xxx−xx−0201                                                      xxx−xx−4835

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED**:

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                                                                                     BY THE COURT

Dated: January 24, 2014                                     <u>Donald H. Steckroth</u>
                                                                    United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                       Case No. 13-33198-DHS
Robert H Ruthman                                             Chapter 7
Barbara A Ruthman
       Debtors                      CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: Jan 24, 2014
                              Form ID: b18             Total Noticed: 24
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2014.
db/jdb     +Robert H Ruthman,   Barbara A Ruthman,   25 River Road,   Unit A 28,   Nutley, NJ 07110-3476
514302302  ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
             (address filed with court: Am Honda Fin,   201 Little Falls Dr,   Wilmington, DE  19808)
514302304  +Bill Me Later,   P O Box 105658,   Atlanta, GA 30348-5658
514302305  +Bobs Ds Furn,   Po Box 94498,   Las Vegas, NV 89193-4498
514302306  +Cap1/bstby,   26525 N Riverwoods Blvd,   Mettawa, IL 60045-3438
514302311  +Gateway Condo Association,   C/O Progressive Bldg. Mgt,   P O BOX 105007,
             Atlanta, GA 30348-5007
514302318  +Susquehanna Bank,   P O Box 1800,   Littlz, PA 17543-0800
514302321   Wells Fargo Bank,   Credit Bureau Dispute Resoluti,   Des Moines, IA  50306
514302322  +Wfhm,   Wells Fargo Home Mortgage,   4101 Wiseman Blvd # Mc-t,   San Antonio, TX 78251-4200

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg        +E-mail/Text: leah.bynon@usdoj.gov Jan 24 2014 22:22:44     U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2523
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 24 2014 22:22:41     United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
514302315   EDI: HNDA.COM Jan 24 2014 22:23:00      Honda Financial Services,   P O Box 7829,
             Philadelphia, PA  19101
514302303   EDI: BANKAMER.COM Jan 24 2014 22:23:00      Bank Of America,   4060 Ogletown/stanton Rd,
             Newark, DE  19713
514302307  +EDI: CHASE.COM Jan 24 2014 22:23:00      Chase,   Po Box 15298,   Wilmington, DE 19850-5298
514302308  +EDI: WFNNB.COM Jan 24 2014 22:23:00      Comenity Bank/lnbryant,   4590 E Broad St,
             Columbus, OH 43213-1301
514302309  +EDI: TSYS2.COM Jan 24 2014 22:23:00      Dsnb Macys,   9111 Duke Blvd,   Mason, OH 45040-8999
514302310  +EDI: CITICORP.COM Jan 24 2014 22:23:00      Exxmblciti,   Po Box 6497,
             Sioux Falls, SD 57117-6497
514302312  +EDI: RMSC.COM Jan 24 2014 22:23:00      Gecrb/lenscrafters,   C/o Po Box 965036,
             Orlando, FL 32896-0001
514302313  +EDI: RMSC.COM Jan 24 2014 22:23:00      Gecrb/mens Wearhouse,   Po Box 965005,
             Orlando, FL 32896-5005
514302314  +E-mail/Text: hannlegal@hannfinancial.com Jan 24 2014 22:22:27     Hann Financial Service,
             1 Centre Dr,   Jamesburg, NJ 08831-1564
514302316  +EDI: CBSKOHLS.COM Jan 24 2014 22:23:00      Kohls/capone,   N56 W 17000 Ridgewood Dr,
             Menomonee Falls, WI 53051-7096
514302317  +EDI: SEARS.COM Jan 24 2014 22:23:00      Sears/cbna,   Po Box 6189,   Sioux Falls, SD 57117-6189
514302319  +EDI: WTRRNBANK.COM Jan 24 2014 22:23:00      Target Card Services,   P O Box 660170,
             Dallas, TX 75266-0170
514302320  +EDI: TDBANKNORTH.COM Jan 24 2014 22:23:00      Td Bank N.a.,   32 Chestnut St,
             Lewiston, ME 04240-7799
                                                                                               TOTAL: 15

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2014                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2014 at the address(es) listed below:

          Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
           trustee@stanzialelaw.com, nj45@ecfcbis.com
          Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com, nj45@ecfcbis.com
          Kevin B. Zazzera    on behalf of Debtor Robert H Ruthman kzazz007@yahoo.com
          Kevin B. Zazzera    on behalf of Joint Debtor Barbara A Ruthman kzazz007@yahoo.com

                                                                                                  TOTAL: 4